**Opinion issued October 11, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-16-00676-CR**

**NO. 01-16-00677-CR**

———————————

**IN RE GEORGE AGUILAR, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, George Aguilar, confined and proceeding pro se, has filed a petition

for a writ of mandamus to set aside the trial court proceedings "until [a] proper

hearing can be held" to determine why relator has been confined without a trial date,

or to dismiss the charges against him for want of prosecution.[1]

---

[1]     The case underlying appellate Cause No. 01-16-00676-CR is *The State of Texas v.*
*George Aguilar*, cause number 1370059, in the 174th District Court of Harris

We deny the petition.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

County, Texas, the Honorable Ruben Guerrero presiding. The trial court signed an order dismissing the case on February 4, 2016. The case underlying appellate Cause No. 01-16-00677-CR is *The State of Texas v. George Aguilar*, cause number 1497176, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.